IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-37 (MTT) |
| | ) |
| QUINCY ANTONIO BRANTLEY and | ) |
| TOMMY RENARDO MORGAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

The government has moved the Court to continue this case to the next trial term. Docs. 70; 80. The defendants were indicted on July 12, 2022. Doc. 1. Defendant Brantley had his arraignment in this Court on August 8, 2022. Doc. 26. Co-defendant Watts had his arraignment in this Court on July 28, 2022. Doc. 15. Following their arraignments, defendants Brantley and Watts communicated their intent to plead guilty. On March 30, 2023, defendant Watts entered a change of plea. Doc. 65. On March 29, 2023, the Court convened a hearing to allow defendant Brantley to enter a change of plea. Doc. 62. At the hearing, defendant Brantley requested a new attorney. Docs. 62; 63. After hearing from both parties, United States Magistrate Judge Charles H. Weigle denied defendant Brantley's oral motion for a new attorney. Doc. 63. Defendant Brantley then announced he did not then wish to proceed with a change of plea. Doc. 64. At that time, co-defendant Morgan had not been arrested. Doc. 70 ¶ 2.

On April 6, 2023, co-defendant Morgan had his arraignment in this Court. Doc. 74. The government now moves the Court to continue this case to the next trial term to give defendant Brantley additional time to conclude plea negotiations with the government or prepare for trial, and for defendant Morgan to review discovery,

investigate his case and conduct plea negotiations with the government, as well as for both defendants' cases to be on the same schedule to be tried together. Docs. 70 ¶ 3; 80 ¶ 3. Defendant Morgan is not opposed to the motion. Doc. 80 at 1. Defendant Brantley takes no position on the motion. Doc. 70 at 1. However, four prior continuances have been granted for defendant Brantley. Docs. 38; 44; 48; 53. And defendant Brantley previously moved for a continuance from the April 17, 2023 trial setting before his change of plea hearing, which the Court denied. Docs. 56; 57.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motions (Docs. 70; 80) are **GRANTED**. The case is continued from the April term until the Court's next trial term presently scheduled for **July 17, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 11th day of April, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT